[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 11, 2007
THOMAS K. KAHN
CLERK

No. 07-11676
Non-Argument Calendar
_____

D. C. Docket No. 06-00458-CR-3-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID ESQUIVEL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

**(October 11, 2007)**

Before DUBINA, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed appellate counsel for David Esquivel, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Esquivel's conviction and sentence are **AFFIRMED**.